Alexander P. McLaughlin (ISB No. 7977)
Jason J. Blakley (ISB No. 9497)
**GIVENS PURSLEY LLP**
601 West Bannock Street
P.O. Box 2720
Boise, ID 83702
Phone: (208) 388-1200
Fax: (208) 388-1300
alexmclaughlin@givenspursley.com
jasonblakley@givenspursley.com

*Attorneys for Cellco Partnership, d/b/a
Verizon Wireless*

[Additional counsel listed on signature page.]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HENRY ALLEN,<br><br>            Plaintiff,<br><br>    v.<br><br>HORIZON TOWER LIMITED, LLC; CELLCO PARTNERSHIP dba VERIZON WIRELESS; DISH WIRELESS L.L.C.; NEW CINGULAR WIRELESS PCS, LLC dba AT&T MOBILITY; and DOES 1 through 10 inclusive;<br><br>            Defendants. | Case No. 1:23-cv-00559-BLW<br><br>**DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

Defendants, Cellco Partnership dba Verizon Wireless ("Verizon"), Horizon Tower Limited, LLC ("Horizon"), and New Cingular Wireless PCS, LLC dba AT&T Mobility ("AT&T") (collectively, "Defendants"), by and through their undersigned counsel of record, move this Court to dismiss the Amended Complaint filed by Henry Allen (Dkt. 13) with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

Defendants set forth their grounds in their Memorandum in Support of Defendants' Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), which they incorporate in full.

DATED this 15th day of March, 2024.    Respectfully submitted.

| **CLARK WARDLE LLP** | **GIVENS PURSLEY LLP** |
|---|---|
| */s/   Joshua J. Leonard* | */s/ Alexander P. McLaughlin* |
| Joshua J. Leonard | Alexander P. McLaughlin |
| 251 E. Front Street, Suite 310 | Jason J. Blakley |
| P.O. Box 639 | |
| Boise, ID 83701 | **ALSTON & BIRD LLP** |
| Phone: (208) 388-3868 | |
| Fax: (208) 388-1001 | Scott A. Elder (*pro hac vice pending*) |
| jleonard@clarkwardle.com | David Venderbush (*pro hac vice pending*) |
| | Jean Richmann (*pro hac vice pending*) |
| **MINTZ, LEVIN, COHN, FERRIS,** | 1201 West Peachtree Street, Suite 4900 |
| **GLOVSKY AND POPEO, P.C.** | Atlanta, GA 30309-3424 |
| | Phone: (404) 881-7000 |
| T. Scott Thompson (*pro hac vice forthcoming*) | scott.elder@alston.com |
| Todd Rosenbaum (*pro hac vice forthcoming*) | david.venderbush@alston.com |
| 555 12th Street NW, Suite 1100 | jean.richmann@alston.com |
| Washington, DC 20004 | |
| Phone: (202) 434-7300 | *Attorneys for Defendant Cellco Partnership* |
| Fax: (202) 434-7400 | *dba Verizon Wireless* |
| sthompson@mintz.com | |
| tfrosenbaum@mintz.com | |
| | |
| *Attorneys for Defendant Horizon Tower Limited, LLC* | |

**CLARK WARDLE LLP**

*/s/   Joshua J. Leonard*
Joshua J. Leonard
251 E. Front Street, Suite 310
P.O. Box 639
Boise, ID 83701
Phone: (208) 388-3868
Fax: (208) 388-1001
jleonard@clarkwardle.com

**DEFENDANTS' JOINT MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(6)**            2

**AT&T SERVICES, INC.**

Raymond P. Bolaños (*pro hac vice forthcoming*)
430 Bush Street, 6th Floor
San Francisco, CA 93108
Phone: (415) 694-0640
Fax: (415) 543-0418
rb2659@att.com

*Attorneys for Defendant New Cingular Wireless PCS, LLC dba AT&T Mobility*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 15th day of March, 2024, I filed the foregoing document electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mauricio Cardona
THE DAVILLIER LAW GROUP, LLC
mcardona@davillierlawgroup.com
*Attorneys for Plaintiff*

W. Scott McCollough
MCCOLLOUGH LAW FIRM, P.C.
wsmc@dotlaw.biz
*Attorneys for Plaintiff*

Carsten A. Peterson
Lynnette M. Davis
HAWLEY TROXELL ENNIS &
 HAWLEY LLP
cpeterson@hawleytroxell.com
ldavis@hawleytroxell.com
*Attorneys for DISH Wireless, LLC*

AND I FURTHER CERTIFY that on such date, I served the foregoing on the following non-CM/ECF registered participants in the manner indicated:

NONE.

*/s/ Alexander P. McLaughlin*
Alexander P. McLaughlin

**DEFENDANTS' JOINT MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(6)      4**