UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HENRY ALLEN,<br><br>            Plaintiff,<br><br>   v.<br><br>HORIZON TOWER LIMITED, LLC; CELLCO PARTNERSHIP dba VERIZON WIRELESS; DISH WIRELESS LLC; NEW CINGULAR PCS, LLC dba AT&T MOBILITY; and DOES 1 THROUGH 10 inclusive,<br><br>            Defendants. | Case No. 1:23-cv-00559-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **June 20, 2024**

B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1